United States District Court
Southern District of Texas
**ENTERED**
November 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MAYRA MILLAN | § | |
| | § | |
| V. | § | CIVIL ACTION No. 7:23-cv-00358 |
| | § | |
| HOMESITE INSURANCE COMPANY | § | JURY DEMANDED |

## ORDER GRANTING MOTION TO DISMISS

On this day, the Court considered the Motion to Dismiss with Prejudice filed by MAYRA MILLIAN. Having considered the Motion, this Court GRANTS the Motion, and ORDERS that this case be dismissed, in its entirety, with prejudice to the refiling of same.

Costs of court to abide as incurred.

SO ORDERED November 8, 2024, at McAllen, Texas.

_Randy Crane_
Randy Crane
United States District Judge